373 A.2d 455

COMMONWEALTH of Pennsylvania

v.

Benjamin VELASQUEZ, Appellant
(two cases).

Supreme Court of Pennsylvania.

Submitted Oct. 14, 1976.

Decided June 3, 1977.

Nino V. Tinari, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Div., James Garrett, Philadelphia, for appellee.

Before EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION OF THE COURT

PER CURIAM.

Judgments of sentence affirmed.

JONES, former C. J., did not participate in the decision of this case.